DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ALSTON v. MONK

No. 565P88.

Case below: 92 N.C. App. 59.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

## BEAM v. BEAM

No. 33A89.

Case below: 92 N.C. App. 509.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 2 March 1989.

## BRANDT v. BRANDT

No. 75A89.

Case below: 92 N.C. App. 438.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 2 March 1989.

## BROOKS v. BROOKS

No. 51P89.

Case below: 92 N.C. App. 598.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

## CLARK v. DICKSTEIN

No. 9P89.

Case below: 92 N.C. App. 207.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.